Charles D. Oren, Esq. #103038
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| Edward Cruse, | 1:07-CV-455 OWW SMS |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until November 30, 2007, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, April 16, 2007, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

1 | Dated: November 2, 2007          /s/ Charles D. Oren

2 |                                                 CHARLES D. OREN,
                                                    Attorney for Plaintiff.
3
   | Dated: November 2, 2007
4 |                                                 MCGREGOR SCOTT
                                                    United States Attorney
5
                                                    By: /s/ Gina Shin
6 |                                                 (as authorized via facsimile)
                                                    GINA SHIN
7 |                                                 Assistant Regional Counsel

8 |      IT IS SO ORDERED.   The Court grants Extension to serve Plaintiff's Confidential

9 |  brief  by  December 7, 2007.

10
   | Dated:  12/4/2007
11 |                                                  /s/ Sandra M. Snyder
                                                     SANDRA M. SNYDER
12 |                                                 United States Magistrate Judge