1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CRUSE ) | |
| ) | 1:07-cv-00455 OWW SMS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on March 22, 2007 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each side to bear its own costs.

Dated: February 14, 2008        /s/ Sengthiene Bosavanh

                                SENGTHIENE BOSAVANH, ESQ.
                                Attorney for Plaintiff

Dated: February 15, 2008
                                MCGREGOR SCOTT
                                United States Attorney

                                By: /s/ Gina Shin
                                (as authorized via facsimile)
                                GINA SHIN
                                Assistant U.S. Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO ORDERED.

**Dated:   February 20, 2008**                    /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE